Laura L. Franklin
**Josephson Dunlap LLP**
11 Greenway Plaza, Suite 3050
Houston, TX 77046
Tel: (713) 352- 1100
Fax: (713) 352-3300

**COUNSEL FOR PLAINTIFF SUSAN ENCISO**

Susan M. Steward
Joshua N. Lange
**ATKINSON, ANDELSON, LOYA, RUUD & ROMO**
12800 Center Court Srive S, Suite 300
Cerrito, CA 90703-9364
Tel:   562-653-3200
Fax:   562-653-3333

**COUNSEL FOR DEFENDANT STAFFMARK INVESTMENT LLC**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SUSAN ENCISO, Individually and for Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STAFFMARK INVESTMENT, LLC<br><br>Defendant. | Case No. 2:23-cv-04423- DOC(DFMx)<br><br>**FRCP 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  June 6, 2023 |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Parties stipulate to dismiss this matter with prejudice and without costs or fees. Pursuant to Federal Rule of Civil Procedure 41, the dismissal is effective upon filing.

**IT IS SO STIPULATED.**

                                                      Respectfully submitted,

Date: January 15, 2026                        /s/ *Laura L. Franklin*

                                              Attorney for Plaintiff Susan Enciso

Date: January 15, 2026                     ____ */s/ Joshua N. Lange*_____
                                     ATKINSON, ANDELSON, LOYA, RUUD & ROMO
                                              Susan M. Steward
                                              Joshua N. Lange
                                              Counsel for Defendant Staffmark Investment, LLC

**FILER ATTESTATION**

I, Laura L. Franklin, pursuant to L.R. 5-4.3.4, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: January 15, 2026                             /s/ *Laura L. Franklin* _____

\*\*\*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed with the Clerk of the Court for the United States District Court for the Central District of California using the Court's CM/ECF system on January 15, 2026, which will effectuate service on all parties that have made an appearance.

Date: January 15, 2026                             /s/ *Laura L. Franklin* ____